WALKER *et al.*, commissioners, *vs.* SHEFTALL.

It is not the duty of a coroner to bury any pauper bodies, except those on which an inquest has been held, and the limit of $1,500 for fees for holding inquests and burying dead bodies, imposed by §3701 of the Code, applies to cases in which it is the duty of the coroner to hold an inquest and bury the dead. But where a number of pauper bodies were found, and the coroner began to hold inquests,

but discovering that the deaths were clearly the result of a storm, and that the cases were not proper subjects for an inquest, desisted, made no charge for the inquests held, and not officially but as an indvidual, caused the dead to be buried decently, he was entitled to be reimbursed by the county. Code, §766.

(*a.*) Acts providing for costs and salaries are to be strictly construed, and neither can be increased by construction and in any indirect manner beyond the amounts specified by law, but the acts charged for in this case did not pertain to the office of coroner, nor were charged for as costs.

Judgment affirmed.

December 19, 1884.

HALL, Justice.

[On refusal of the commissioners of roads and revenues of Chatham county to reimburse Sheftall the amount expended by him in burying the dead bodies of paupers, under the facts stated in the head-notes, he brought suit and recovered judgment. The commissioners moved for a new trial, which was refused, and they excepted.]